NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LOUIS A. MURRAY,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-3805
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Louis A. Murray, pro se.


PER CURIAM.


          Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.